United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| GS Holistic, LLC, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-21179-Civ-Scola |
| | ) | |
| Plug Vape & Smoke Shop Inc. and | ) | |
| others, Defendants. | ) | |

## Order on Plaintiff's Motion to Strike

This matter is before the Court upon the Plaintiff's motion to strike the Defendants' affirmative defenses. (ECF No. 16.) The Defendants filed a response (ECF No. 17), to which the Plaintiff replied. (ECF No. 19.) After careful review of the briefing, the record, and the relevant legal authorities, the Court **denies** the motion to strike. (**ECF No. 16.**)

As an initial matter, the Court observes that the Plaintiff's motion is untimely and may be denied for that reason alone. In the interest of judicial economy, however, the Court will consider the underlying merits of the motion.

Motions to strike affirmative defenses are "a drastic remedy and often disfavored." *F.T.C. v. On Point Global LLC*, No. 19-25046-Civ, 2020 WL 4505811, at *3 (S.D. Fla. Aug. 4, 2021) (Scola, J.). As the Plaintiff observes in its motion, each of the affirmative defenses is effectively a denial of the Plaintiff's claims. (Mot. at 3-4.) Therefore, the Court declines to strike the affirmative defenses and instead will treat each as a denial. *Isola Condo. Assoc., Inc. v. Rockhill Ins. Co.*, No. 21-23114-CIV, 2021 WL 6066126, at *2 (S.D. Fla. Nov. 15, 2021) (Goodman, Mag. J.) ("When this occurs, the proper remedy is not [to] strike the claim, but rather to treat [it] as a specific denial.") (brackets in original). The Court therefore **denies** the motion to strike. (**ECF No. 16.**)

**Done and ordered** in Miami, Florida, on August 10, 2022.

Robert N. Scola, Jr.
United States District Judge